# In The United States Court of Federal Claims

Cover Sheet **06-554C**

Plaintiff(s) or Petitioner(s)
King Associates, Charles B. Secrest, J. Guy Thompson, James Boyce Frazier, Cecil Reid, Fred Miller, Richard Bridges, William Goforth

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): David A. Cohen

Firm Name: The Cullen Law Firm

Post Office Box:

Street Address: 1101 30th St., N.W., Suite 300

City-State-Zip: Washington, D.C. 20007

Telephone & Facsimile Numbers:

Is the attorney of record admitted to the Court of Federal Claims Bar? ☒ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☐ Yes ☒ No

If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 5 1 2

Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: 0 0 T

See attached sheet for three-digit codes.

Amount Claimed: $1,000,000.00

Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ☒ No

If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination:

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes ☒ No

If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.