**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| KING ASSOCIATES,<br>CHARLES SECRIEST, J. GARY THOMPSON,<br>JAMES BOYCE FRAZIER, CECIL REID,<br>FRED A. MILLER, RICHARD BRIDGES,<br>and WILLIAM P. GOFORTH<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES of AMERICA,<br><br>Defendant. | ) | No. 06-554 L<br>Judge Emily C. Hewitt |

**<u>NOTICE OF APPEARANCE</u>**

To the Clerk of the Court:

Please enter the appearance of Mark T. Romley as counsel for Defendant United States of America in the above-referenced action. Service of all papers by U.S. Mail should be addressed as follows:

Mark T. Romley
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0458
Fax: (202) 305-0274

Overnight and hand deliveries should be addressed to:

Mark T. Romley
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
Room 3550

601 D Street, NW
Washington, D.C. 20004

Dated: September 25, 2006.

Respectfully submitted,

s/ Mark T. Romley
Mark T. Romley
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0458
Fax: (202) 305-0506