**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| KING ASSOCIATES,<br>CHARLES SECRIEST, J. GARY THOMPSON,<br>JAMES BOYCE FRAZIER, CECIL REID,<br>FRED A. MILLER, RICHARD BRIDGES,<br>and WILLIAM P. GOFORTH<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES of AMERICA,<br><br>Defendant. | No. 06-554 L<br>Judge Emily C. Hewitt |

**JOINT MOTION TO DISMISS WITH PREJUDICE**

COME NOW Plaintiffs and Defendant, by and through their attorneys of record, and hereby request that the Court grant the parties' Joint Motion to Voluntarily Dismiss With Prejudice pursuant to Rule 41(a)(1) of the Rules of the Court of Federal Claims. Upon the grant of the motion, all issues in this matter will be finally and completely resolved. Accordingly, the parties request that the Court dismiss this matter with prejudice and instruct the Clerk of the Court to enter final judgment. The parties agree to waive any and all right to appeal.

Submitted this 25th day of September 2006.

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

s/ David A. Cohen
by Mark T. Romley
David A. Cohen
The Cullen Law Firm
1101 30th Street, N.W.
Suite 300
Washington, D.C. 20007
Tel: (202) 944-8600
Fax: (202) 944-8611

s/ Mark T. Romley
Mark T. Romley
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0458
Fax: (202) 305-0274

William Shapiro
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
501 I Street
Suite 9-700
Sacramento, CA 95418

Counsel for Defendant
United States of America

Of Counsel:
Evelyn Kitay
Office of the General Counsel
Surface Transportation Board
Washington, D.C.