# In the United States Court of Federal Claims

No. 06-554 L
E-Filed: November 9, 2006

KING ASSOCIATES et al,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On November 14, 2006, at 10:00 a.m. Eastern Standard Time, the court will hold a Telephonic Status Conference to discuss the Joint Motion to Voluntarily Dismiss, filed on September 25, 2006. A Spring operator will initiate the call.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge