# In the United States Court of Federal Claims

No. 06-554 L
E-Filed: November 14, 2006

| | |
|---|---|
| KING ASSOCIATES et al, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The court has before it a Joint Motion to Dismiss with Prejudice (Motion), filed on September 25, 2006. The Motion is GRANTED. Pursuant to Rule of the Court of Federal Claims 41(a)(1), this matter is dismissed with prejudice, and all issues on this matter are finally and completely resolved. All rights to appeal by the parties have been waived. The Clerk of the Court is instructed to enter final judgment. Further to the representations of the parties to the court in an informal Telephonic Status Conference held on November 14, 2006, each party will bear its own attorneys' fees and costs.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge