# In the United States Court of Federal Claims

**No. 06-554 L**

**KING ASSOCIATES, ET AL.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed November 14, 2006, granting the parties' Joint Motion to Dismiss with Prejudice, filed September 25, 2006,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, with prejudice. Each party shall bear its own attorneys' fees and costs.

Brian Bishop
Clerk of Court

**November 14, 2006** By: Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.